UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MASONPRO, INC.,<br>a Michigan corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MASON PRO ONE, LLC,<br>a New Jersey limited liability<br>company,<br><br>    Defendant. | Civ. No. 21-01941 (KM) (ESK)<br><br>ORDER |

**THIS MATTER** having come before the Court on the motion for default judgment of plaintiff (DE 8) pursuant to Fed. R. Civ. P. 55(b)(2); and the Court having considered the plaintiff's submissions (DE 1, 8); for the reasons stated in the accompanying Opinion, and for good cause shown;

**IT IS** this 7th day of January 2022,

**ORDERED** that motion for default judgment (DE 8) is **GRANTED**; and it is further

**ORDERED** that Defendants and its subsidiaries, affiliates, officers, including but not limited to, agents, distributors, retailers, servants, employees, attorneys, and those in active concert or participation with them are hereby **PERMANENTLY RESTRAINED AND ENJOINED** from (1) manufacturing, distributing, shipping, advertising, marketing, promoting, transferring, selling, or offering to sell any products or services using the MASONPRO Trademarks or any trademarks that are confusingly similar thereto; and (2) from using the MASONPRO Trademarks or any trademarks that are confusingly similar thereto on any website; and it is further

**ORDERED** that defendant shall have fourteen (14) days from entry of this Order to transfer the domain www.masonproone.com ("the Domain") to Plaintiff. Defendant shall not otherwise transfer the Domain to anyone else. If Defendant fails to transfer the Domain to Plaintiff as set forth herein, the registrar of the Domain, namely GoDaddy, shall transfer the Domain to Plaintiff; and it is further

**ORDERED** that Defendant, its subsidiaries, affiliates, officers, including but not limited to, agents, distributors, retailers, servants, employees, attorneys, and those in active concert or participation with them, who receive actual notice of this order by personal service or otherwise, are ordered to within thirty (30) days after entry of this Permanent Injunction to file with this Court, and serve upon Plaintiff's counsel within forty-five (45) days, a written report under oath, setting forth in detail the manner and form in which they have complied with this injunction; and it is further

**ORDERED** that that counsel for MasonPro, Inc. shall send a copy of this Order and Injunction, and the Judgment to be entered pursuant thereto, to be served upon defendant by the means previously authorized by Magistrate Judge Kiel for service of process within five (5) days; and it is further

**ORDERED** that, upon entry of Judgment, the clerk shall close this case without prejudice to reopening for any further lawful proceedings.

/s/ Kevin McNulty

_____

**Kevin McNulty**
**United States District Judge**